# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW CHEATHAM, on behalf of himself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>VIRGINIA COLLEGE, LLC AND EDUCATION CORPORATION OF AMERICA, )<br><br>Defendants. ) | CASE NO.: 1:19-cv-4481-SDG |

## **STIPULATION TO DISMISSAL WITH PREJUDICE**

Comes now all parties who do hereby stipulate to a dismissal with prejudice of the above action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

This 30th day of December, 2020.

**ARMOR LAW, LLC**
/S/ Chris Armor
Ga. Bar 614061
P.O. Box 451328
Atlanta, GA 41145
Phone: (470) 990-2568
chris.armor@armorlaw.com

        **HURT STOLZ, P.C.**
        /s/  James W. Hurt, Jr.
        By:  James W. Hurt, Jr.
        Georgia Bar No.:  380104
        1551 Jennings Mill Road
        Suite 3100-B
        Watkinsville, Georgia 30677
        Phone: (706) 395-2750
        Facsimile: (866) 766-9245
        jhurt@hurtstolz.com
        ATTORNEYS FOR PLAINTIFFS AND
        THE PUTATIVE CLASSES

/s/ Alexander Feinberg
Alexander B. Feinberg (Georgia Bar No. 956505)
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
afeinberg@maynardcooper.com